LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 18 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00026 |
| Plaintiff, ) | |
| vs. ) | **APPLICATION AND ORDER TO SEAL RECORD** |
| JOHN TIMOTHY PERALTA, ) | |
| Defendant. ) | |

The United States moves this Honorable Court for an order sealing the record in the above-entitled case for the reason that further investigation is still pending in another criminal matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this __18th__ day of May, 2005.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

By: _____
        MARIVIC P. DAVID
        Assistant U.S. Attorney

**IT IS SO ORDERED** this _18th_ day of May, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam