# UNITED STATES DISTRICT COURT

District of Guam

U.S. MARSHALS-GUAM
RECEIVED
18 MAY 2005 14:00 01

UNITED STATES OF AMERICA

V.

JOHN TIMOTHY PERALTA

**WARRANT FOR ARREST**

Case Number: MAGISTRATE CASE NO. 05-00026

FILED
DISTRICT COURT OF GUAM
MAY 19 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOHN TIMOTHY PERALTA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him with (brief description of offense)

**CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE** in violation of Title 21 United States Code, Sections 952(a), 960 and 963 (Count I)

**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE** in violation of Title 21 United States Code, Sections 841(a)(1) and 846 (Count II)

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

MAY 18, 2005, HAGATNA, GUAM
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at HAGATNA

| DATE RECEIVED 5/18/05 | NAME AND TITLE OF ARRESTING OFFICER ERWIN FEJERAN US ICE TFA | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/18/05 | | |