

**FILED**
DISTRICT COURT OF GUAM

MAY 19 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

           Plaintiff,

    vs.

**JOHN TIMOTHY PERALTA,**

           Defendant.

**MAGISTRATE**
CRIMINAL CASE NO. **05-00026**

**O R D E R**

    IT IS HEREBY ORDERED that **WILLIAM L. GAVRAS** is appointed to represent in the above-entitled case *nunc pro tunc* to May 18, 2005.

    Dated this 19th day of May, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
**U.S. DISTRICT COURT OF GUAM**